| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
MARCUS DALE SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 09-154 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [lodged] ORDER TO** |
| | ) | **REDUCE SENTENCE PURSUANT TO 18** |
| v. | ) | **U.S.C. § 3582(c)(2)** |
| | ) | |
| MARCUS DALE SIMPSON, | ) | **RETROACTIVE CRACK COCAINE REDUCTION** |
| | ) | **CASE** |
| Defendant. | ) | |
| | ) | Judge: Honorable Garland E. |
| _____ | ) | Burrell, Jr. |

Defendant, MARCUS DALE SIMPSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Michael M. Beckwith, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 25, 2009, this Court sentenced Mr. Simpson to a term of imprisonment of 53 months pursuant to the government's motion. His guideline range was 78 to 97 months, based on a total offense level

1 | of 27 and criminal history category II;

2 | 3. The sentencing range applicable to Mr. Simpson was subsequently lowered by the United States Sentencing Commission in Amendment 750;

4. Accordingly, Mr. Simpson's total offense level has been reduced from 27 to 25, the new sentencing range is 63 to 78 months, and the parties agree that an appropriate sentence in light of all the circumstances and taking into consideration the departure he received at the original sentencing would be 42 months;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Simpson's term of imprisonment to 42 months. At such time as the Court approves this stipulation, Mr. Simpson agrees to the dismissal of his motion filed December 6, 2011.

Dated: December 16, 2011

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Michael M. Beckwith* | /s/ *David M. Porter* |
| MICHAEL M. BECKWITH | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | MARCUS DALE SIMPSON |

ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Simpson is entitled to the benefit of the retroactive amendment reducing crack

STIPULATION AND ORDER TO REDUCE SENTENCE

cocaine penalties, which reduces the applicable offense level from 27 to 25.

IT IS HEREBY ORDERED that the term of imprisonment imposed on September 25, 2009 is reduced to 42 months.

IT IS FURTHER ORDERED that the motion filed December 6, 2011 is DISMISSED;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The Clerk of the Court shall prepare an Amended Judgment.

Unless otherwise ordered, Mr. Simpson shall report to the United States Probation office closest to the release destination within seventy-two hours after release.

Dated: December 19, 2011

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE

-3-