# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.
MARCUS DALE SIMPSON

Case No: 2:09CR 154-01
USM No: 18459-097

Date of Original Judgment: 9/25/09
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of x the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED. x GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 53 months **is reduced to** 42 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 9/25/09 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 12/20/11

Effective Date:
*(if different from order date)*

United States District Judge
*Printed name and title*